1.) WE WOULD LIKE TO SEE ALL THE PHOTOS ADMITTED AS EVIDENCE.

2.) TRANSCRIPT OF KENNY INTERVIEW

3.) TRANSCRIPT OF GARY KELLY INTERVIEW

We will bring all exhibits to the jury room. No. 3 was not admitted as an exhibit but was referred to.

*[signature]*

"you should not activate the phone"  *[signature]*

*[signature]*
12/6/2022