IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-03039-01-CR-S-MDH |
| KENNETH HOWARD WORTHY, | |
| Defendant. | |

## VERDICT FORM

## COUNT 1

We, the jury, find Defendant Kenneth Howard Worthy __Guilty__ of the crime
[guilty/not guilty]

of sexual exploitation of a minor as charged in Count One of the Indictment.

12/6/2022
DATE

*Joe Joner*
FOREPERSON OF THE JURY

42