IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH HOWARD WORTHY,

    Defendant.

Case No. 21-03039-01-CR-S-MDH

## VERDICT FORM
## COUNT 2

We, the jury, find Defendant Kenneth Howard Worthy __GUILTY__ of the crime [guilty/not guilty] of receipt and distribution of child pornography as charged in Count Two of the Indictment.

12/6/2022
DATE

_____
FOREPERSON OF THE JURY

43